UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ANDREW BLATT : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil Action No.:  14-cv-07192-JCJ |
| : | |
| GOOGLE INC., AOL INC., UNKNOWN : | |
| NAMED AGENTS OF GOOGLE INC., : | |
| UNKNOWN NAMED AGENTS OF : | |
| AOL INC., LAWRENCE PAGE and : | |
| SERGEY M. BRIN : | JURY TRIAL DEMANDED |
| : | |
| Defendants : | |

## DEMAND FOR JURY TRIAL

Defendants Google Inc. and Unknown Named Agents of Google Inc. demand a jury of twelve (12) jurors in the above-referenced matter.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:  /s/ Wendy R.S. O'Connor
Wendy R.S. O'Connor
Identification No. 56537
4905 West Tilghman Street, Suite 300
Allentown, PA  18104
(484) 895-2300
email: wroconnor@mdwcg.com
Attorney for Defendants Google Inc.
and Unknown Named Agents of Google Inc.

Dated: June 2, 2015

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Demand for Jury Trial of Defendants Google Inc. and Unknown Named Agents of Google Inc. was electronically filed with the Court on June 2, 2015 and is available for viewing and downloading from the ECF System. Said Notice was served via electronic notification and by first-class mail, postage prepaid on June 2, 2015 upon the following:

James Andrew Blatt, *Pro Se*
105 Valley Park South
Bethlehem, PA 18018


                              By: */s/ Wendy R.S. O'Connor*
                                     Wendy R.S. O'Connor